UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT STEWART, on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF AMADOR,<br><br>Defendant. | Case No.: 2:16-cv-02410-WBS-AC<br><br>Complaint Filed: October 10, 2016<br><br>**ORDER TO CONTINUE INITIAL STATUS CONFERENCE AND RELATED DATES**<br><br>*[Filed concurrently with Stipulation to Continue Initial Status Conference and Related Dates]* |

**PURSUANT TO STIPULATION BY THE PARTIES TO THIS CASE, IT IS HEREBY ORDERED THAT:**

1. The initial status conference is continued from February 27, 2017, to **April 10, 2017 at 1:30 p.m. in Courtroom 5.**

2. The Joint Status Report is due **March 27, 2017**.

3. The parties must meet and confer on a discovery plan as required by FRCP 26(f) on or before **March 17, 2017**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

**Dated: January 27, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105