Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:	415.512.3000
Facsimile:	415.856.0306

Attorneys for Defendant
COUNTY OF AMADOR

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiffs CLINT STEWART, *et al.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| CLINT STEWART, on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF AMADOR,<br><br>Defendant. | Case No.: 2:16-cv-02410-WBS-AC<br><br>Complaint Filed: October 10, 2016<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Trial Date:	December 11, 2018<br>Final Pretrial Conf.:	October 9, 2018 |

After conferring with Magistrate Judge Brennan's Courtroom Deputy on the Court's availability, the Parties to the above-captioned matter hereby agree and request that this Court

**Error! Unknown document property name.**	1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

continue the settlement conference currently scheduled for June 29, 2017 to September 14, 2017, or other date convenient to Magistrate Judge Brennan, in order to allow the Parties additional time to negotiate and finalize settlement without the need for the Court's time.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 20, 2017                                 LIEBERT CASSIDY WHITMORE

By:  */s/ Morin I. Jacob*
     Morin I. Jacob
     Richard C. Bolanos
     Lisa S. Charbonneau
     Attorneys for Defendant
     COUNTY OF AMADOR

Dated: June 20, 2017                                 MASTAGNI HOLSTEDT

By:  */s/ David E. Mastagni*
     David E. Mastagni
     Isaac S. Stevens
     Ace T. Tate
     Attorneys for Plaintiff CLINT STEWART

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

1. The settlement conference scheduled for June 29, 2017 is continued to September 14, 2017.

2. The deadline to submit settlement statements and file notices of submission is re-set to seven calendar days prior to the new settlement conference date.

**IT IS SO ORDERED**

DATED: June 21, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Error! Unknown document property name.    2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105