Morin I. Jacob, Bar No. 204598
mjacob@lcwlegal.com
Richard C. Bolanos, Bar No. 111343
rbolanos@lcwlegal.com
Lisa S. Charbonneau, Bar No. 245906
lcharbonneau@lcwlegal.com
Liebert Cassidy Whitmore
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105
Telephone:     415.512.3000
Facsimile:      415.856.0306

Attorneys for Defendant COUNTY OF AMADOR

David E. Mastagni, Bar No. 204244
davidm@mastagni.com
Isaac S. Stevens, Bar No. 251245
istevens@mastagni.com
Ace T. Tate, Bar No. 262015
atate@mastagni.com
MASTAGNI HOLSTEDT
A Professional Corporation
1912 "I" Street
Sacramento, California 95811
Telephone: 916.446.4692
Facsimile: 916.447.4624

Attorneys for Plaintiff CLINT STEWART, *et al.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT STEWART, on behalf of himself and all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF AMADOR,<br><br>Defendant. | Case No.: 2:16-cv-02410-WBS-AC<br><br>Complaint Filed: October 10, 2016<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Filed concurrently with Joint Stipulation and Request for Approval of Settlement Agreement and Dismissal with Prejudice; Declaration of Lisa S. Charbonneau; Declaration of David E. Mastagni; Declaration of Tacy Rouen]*<br><br>Trial Date:              December 11, 2018<br>Final Pretrial Conf.:   October 9, 2018 |

Based on the Parties' Joint Stipulation for Approval of Settlement and Dismissal with

**Error! Unknown document property name.**                                  1

[PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Prejudice, the evidence submitted in support of the Joint Stipulation, and all other materials of record relevant to this matter, and for good cause shown, IT IS HEREBY ORDERED:

1. The Settlement Agreement submitted to the Court as Exhibit A to the Declaration of Lisa S. Charbonneau is approved as a fair and just negotiated resolution of a bona fide dispute between the Parties in this case, and the Parties shall fully abide by and perform the Settlement Agreement in its entirety and in accordance with its terms;

2. The Court reserves jurisdiction over the above-captioned matter for purposes of enforcing the Settlement Agreement only;

3. The Court has made no findings or determination regarding the law, and none of the materials or documents prepared or submitted in support of the Parties' Joint Stipulation shall constitute evidence of, or any admission of, any violation of law;

4. Judgement is entered in this action and this action is dismissed WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: September 12, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
135 Main Street, 7th Floor
San Francisco, California 94105